IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JACOB W. RAGSDALE                                                    PLAINTIFF

v.                          No. 05-5120

WASHINGTON COUNTY DETENTION CENTER                                   DEFENDANT

**O R D E R**

Now on this 20th day of January 2006, comes on for consideration the report and recommendation filed herein on January 3, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 10.) The report and recommendation was mailed to plaintiff on January 3, 2006, but was returned as undeliverable, marked "Unknown." No other address is available for plaintiff.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, plaintiff's complaint is dismissed on the grounds that it fails to state a claim, see 28 U.S.C. § 1915(e)(2)(B), and on the grounds that plaintiff has failed to notify the Court of his change of address, as required by Local Rule 5.5(c)(2).

IT IS SO ORDERED.

/s/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE